IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER,
HEATHER ARCHER,
DR. CRAIG CHAN,
HERB GULLINGSRUD,
CAROL GULLINGSRUD,
DAVID HANNA,
COLLEEN HANNA,
DANIEL HOGAN,
DIANE HOGAN,
SUSAN KILMAN,
PAT MIHALIK,
LARRY NELSON
ANNETTE NELSON,
LARRY SCOTT,
LYNN SCOTT
WILLIAM SHANAHAN,
LISE SHANAHAN,
DONNA WOLOSIN,
JAMES WOLOSIN, and
ROBERT MIHALIK

    Plaintiffs,

v.

WALLACE DARLING,
LAKEWOOD HILLS INVESTMENTS, LLC,
UNIVERSAL REAL ESTATE INVESTMENTS CORPORATION,
LAND PROPERTIES, INC.,
LITTLE RIVER RANCH, LLC,
SCOTT MCDOWELL,
ASSURITY FINANCIAL SERVICES, LLC,
SUNTRUST MORTGAGE, INC.,
NATIONAL CITY MORTGAGE COMPANY,
QUADSTAR MORTGAGE, Does 1-20, doing business as Quadstar,
DANA LYNN ROCK,
DAVID MARTIN,
CENTRAL COLORADO TITLE & ESCROW, INC.,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

This matter comes before the Court on plaintiffs' response [Docket No. 69] to the Court's order to show cause [Docket No. 67].

On October 20, 2009, the Court denied without prejudice [Docket No. 52] plaintiffs' motion for a temporary restraining order. [Docket No. 51]. In the addition to denying plaintiffs' motion, the Court ordered "that plaintiffs shall redact any confidential personal information from any future filings or, if appropriate, file any documents containing such information under seal." [Docket No. 52]. Plaintiffs, however, again included the same confidential personal information in their motion for a temporary restraining order dated October 27, 2009 [Docket No. 58] and made no effort to place such information under seal. As a result, this Court ordered plaintiffs to show cause why they failed to comply with the Court's previous order.

In response, plaintiffs argue that their filings comply with Federal Rule of Civil Procedure 5.2 regarding privacy protections for filings, but offer no explanation for their failure to comply with the clear directive in the Court's October 20, 2009 order regarding confidential personal information such as financial account numbers, personal email addresses, and home phone numbers and addresses. Despite such failing, plaintiffs have submitted a copy of a complying exhibit with their response to the order to show cause. Therefore, it is

**ORDERED** that plaintiffs are permitted to re-file their motion and exhibits in conformance with the Court's October 20, 2009 order. It is further

**ORDERED** that the order to show cause [Docket No. 67] is discharged.

DATED October 30, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge