**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: November 3, 2009
Court Reporter: Janet Coppock                Time: 30 minutes

---

**CASE NO.  09-cv-01988-PAB-KMT**

| Parties | Counsel |
|---|---|
| **RYAN ARCHER, et al,** | Michael Alfred |
| Plaintiff (s), | |
| vs. | |
| **WALLACE DARLING, et al,** | Habib Nasrullah |
| | Joel Neekers |
| | Luke Sosnicki |
| Defendant (s). | Dawn Mitzner |
| | Trevor Young |
| | Stephen Isbell |

---

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

---

**1:37 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.  Mr. Isbell appears by telephone.  Plaintiff Donna Wolosin is present.

Page Two
09-cv-01988-PAB-KMT
November 3, 2009

**Plaintiffs' Motion for Temporary Restraining Order and Request for Preliminary Injunction (Doc #73), filed 10/30/09.**

Court advises how these proceedings will proceed.

Court will address counsels' non-compliance to Local Rule 7.1 and the Court's Practice Standards.

Comments by Mr. Alfred in response to the Court's inquiry regarding Local Rule 7.1 and his efforts to comply with that rule as to defendants SunTrust and National City Mortgage Company.

Mr. Alfred concedes that the Motion for Temporary Restraining Order is against defendant National City Mortgage Company only.

Court invites any attorneys who's clients are not subject to the request for temporary restraining my be excused.

**1:52 p.m.**   Comments by Mr. Alfred as to what relief the plaintiffs are seeking and irreparable harm plaintiffs will suffer. Questions by the Court.

**1:59 p.m.**   Comments by Mr. Neekers, stipulating that the foreclosures on the four properties at issue will not proceed until after the Court rules on a motion to dismiss that the defendants intend to file.

**2:05 p.m.**   Comments by Mr. Alfred confirming that Mr. Neeker's stipulation moots plaintiffs' motion for temporary restraining order.

**ORDERED:**   Plaintiffs' Motion for Temporary Restraining Order and Request for Preliminary Injunction (Doc #73), filed 10/30/09 is **MOOT.**

**2:07 p.m.**   **COURT IN RECESS**

**Total in court time:**   30 minutes

**Hearing concluded**