IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01988–PAB–KMT

RYAN ARCHER,
HEATHER ARCHER,
DR. CRAIG CHAN,
HERB GULLINGSRUD,
CAROL GULLINGSRUD,
DAVID HANNA,
COLLEEN HANNA,
DANIEL HOGAN,
DIANE HOGAN,
SUSAN KILMAN,
ROBERT MIHALIK,
LARRY NELSON,
ANNETTE NELSON,
LARRY SCOTT,
YNN SCOTT,
WILLIAM SHANAHAN,
LISE SHANAHAN,
DONNA WILOSIN, and
JAMES WOLOSIN,

     Plaintiffs,

v.

UNIVERSAL LAND PROPERTIES, INC.,
ONE WEST BANK,
WALLACE DARLING,
DANA LYNN ROCK,
SCOTT McDOWELL,
DAVID MATIN,
LAKEWOOD HILLS INVESTMENTS, LLC,
LITTLE RIVER RANCH, LLC,
CENTRAL COLORADO TITLE & ESCROW, INC.,
ASSURITY FINANCIAL SERVICES, LLC,
SUNTRUST MORTGAGE, INC.,
NATIONAL CITY MORTGAGE CO., and
DOES 1 - 10,

Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion to Amend Caption" (Doc. No. 104, filed November 18, 2009) is GRANTED.  The caption shall correct Plaintiff SUSAN KILMAN to SUSAN KILLMAN and correct Defendants to be reflected as UNIVERSAL REAL ESTATE INVESTMENTS CORPORATION and LAND PROPERTIES, INC.

Dated: December 16, 2009