IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.,

    Plaintiffs,

v.

WALLACE DARLING, et al.,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant OneWest Bank, FSB's Motion for Leave to Extend Page Limits and to Re-File Motion to Dismiss for Failure to State a Claim for Relief Pursuant to F.R.C.P. 9(b) and 12(b)(6) Out of Time [Docket No. 149].  It is

    ORDERED that the motion [Docket No. 149] is granted in part and denied in part.  Defendant OneWest Bank, FSB is granted leave to file a motion to dismiss not to exceed 20 pages on or before **Tuesday, February 2, 2010**.  The motion to dismiss re-filed as Docket No. 150 is STRICKEN.

    DATED January 28, 2010.