IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01988–PAB–KMT

RYAN ARCHER,
HEATHER ARCHER,
DR. CRAIG CHAN,
HERB GULLINGSRUD,
CAROL GULLINGSRUD,
DAVID HANNA,
COLLEEN HANNA,
DANIEL HOGAN,
DIANE HOGAN,
ROBERT MIHALIK,
PATRICIA MIHALIK,
SUSAN KILLMAN
LARRY NELSON,
ANNETTE NELSON,
LARRY SCOTT,
YNN SCOTT,
WILLIAM SHANAHAN,
LISE SHANAHAN,
DONNA WILOSIN, and
JAMES WOLOSIN,

     Plaintiffs,

v.

ASSURITY FINANCIAL SERVICES, LLC,
WALLACE DARLING,
LAKEWOOD HILLS INVESTMENTS, LLC,
UNIVERSAL REAL ESTATE INVESTMENTS CORPORATION,
LAND PROPERTIES, INC.,
LITTLE RIVER RANCH, LLC,
SCOTT McDOWELL,
SUNTRUST MORTGAGE, INC.,
NATIONAL CITY MORTGAGE CO.,
DANA LYNN ROCK,
DAVID MARTIN,
CENTRAL COLORADO TITLE & ESCROW, INC.,

QUADSTART MORTGAGE, LLC, and
ONE WEST BANK,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Assurity Financial Services, LLC's Motion for An Order Allowing Out of State Insurance Representative to Attend Settlement Conference by Telephone" (Doc. No. 177, filed April 27, 2010) is GRANTED, in part, consistent with the contents of the "Order Setting Settlement Conference" (Doc. No. 101) and the court's explanation regarding "full authority." If Mr. Gregg Kay, the authorized representative, comes prepared with that full authority then Mr. Harker may be excused. If Mr. Kay will not have full authority as that phrase is explained in the Order, then Mr. Harker or another person with full authority to settle on behalf of Assurity must attend the conference in person.

Dated: April 28, 2010