IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01988–PAB–KMT

RYAN ARCHER,
HEATHER ARCHER,
DR. CRAIG CHAN,
HERB GULLINGSRUD,
CAROL GULLINGSRUD,
DAVID HANNA,
COLLEEN HANNA,
DANIEL HOGAN,
DIANE HOGAN,
ROBERT MIHALIK,
PATRICIA MIHALIK,
SUSAN KILLMAN
LARRY NELSON,
ANNETTE NELSON,
LARRY SCOTT,
YNN SCOTT,
WILLIAM SHANAHAN,
LISE SHANAHAN,
DONNA WILOSIN, and
JAMES WOLOSIN,

       Plaintiffs,

v.

ASSURITY FINANCIAL SERVICES, LLC,
WALLACE DARLING,
LAKEWOOD HILLS INVESTMENTS, LLC,
UNIVERSAL REAL ESTATE INVESTMENTS CORPORATION,
LAND PROPERTIES, INC.,
LITTLE RIVER RANCH, LLC,
SCOTT McDOWELL,
SUNTRUST MORTGAGE, INC.,
NATIONAL CITY MORTGAGE CO.,
DANA LYNN ROCK,
DAVID MARTIN,
CENTRAL COLORADO TITLE & ESCROW, INC.,

QUADSTART MORTGAGE, LLC, and
ONE WEST BANK,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Allow Plaintiffs to Appear by Representation" (Doc. No. 180, filed May 4, 2010) is GRANTED.

Dated: May 6, 2010