IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.,

    Plaintiffs,

v.

WALLACE DARLING, et al.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT CENTRAL COLORADO TITLE & ESCROW, INC.**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice of Plaintiffs' Claims Against Defendant Central Colorado Title & Escrow, Inc. [Docket No. 195]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Central Colorado Title & Escrow, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 3, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge