IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.,

    Plaintiffs,

v.

WALLACE DARLING, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE OF LITTLE RIVER RANCH, LLC,
LAND PROPERTIES, INC., AND DAVID MARTIN**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss the Little River Defendants With Prejudice [Docket No. 206]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss [Docket No. 206] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants Little River Ranch, LLC, Land Properties, Inc., and David Martin are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED June 15, 2010.

                                                     BY THE COURT:

                                                     s/Philip A. Brimmer
                                                     PHILIP A. BRIMMER
                                                     United States District Judge