IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.,

    Plaintiffs,

v.

WALLACE DARLING, et al.,

    Defendants.

_____

**ORDER OF DISMISSAL OF
ASSURITY FINANCIAL SERVICES, LLC WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice of Plaintiffs' Claims Against Assurity Financial Services, LLC [Docket No. 235]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Assurity Financial Services, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that defendant Assurity Financial Services, LLC's motion to dismiss [Docket No. 113] is denied as moot.

    DATED July 22, 2010.

                                                    BY THE COURT:

                                                   s/Philip A. Brimmer
                                                   PHILIP A. BRIMMER
                                                   United States District Judge