IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.

    Plaintiffs,

v.

Wallace Darling, et al.,

    Defendant.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the motion to dismiss filed by defendant National City Mortgage Co. ("National City") [Docket No. 116]. The motion, which was filed on December 8, 2009, remains pending before the Court. Plaintiffs, however, have represented that they are prepared to dismiss National City, and National City has advised the Court that it will withdraw its motion, upon the sale of real estate owned by one of the plaintiffs. The parties expect that such sale will occur by November 1, 2010. It appears, therefore, that the parties do not wish to have the Court resolve the pending motion before that time. Therefore, it is

    **ORDERED** that National City's motion to dismiss [Docket No. 116] is denied with leave to re-file the motion upon such time that the parties may desire to proceed with the litigation of this case on the merits. Plaintiffs and National City shall jointly file a status report on or before November 1, 2010.

    DATE September 27, 2010.