IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01988–PAB–KMT

RYAN ARCHER, *et al.*,

    Plaintiffs,

v.

WALLACE DARLING, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Third Motion to Modify Scheduling Order" (Doc. No. 289, filed October 27, 2010) is GRANTED. The dispositive motions deadline is extended to December 1, 2010, or until 30 days after the Court issues an order on Scott McDowell's Motion to Set Aside Default, whichever is later. The Final Pretrial Conference set for January 6, 2011, is VACATED, to be reset at a later date. The deadline for submission of the proposed Final Pretrial Order is VACATED. The plaintiffs shall file a status report within five days of ruling on McDowell's Motion to Set Aside Default or March 1, 2011, whichever comes first.

Dated: November 1, 2010