IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01988-PAB-KMT

RYAN ARCHER, et al.,

    Plaintiffs,

v.

WALLACE DARLING, et al.,

    Defendants.

## ORDER

This matter is before the Court on plaintiffs' motion for default judgment [Docket No. 374].  Plaintiffs request that the Clerk of the Court enter default judgment against defendant Wallace Darling pursuant to Federal Rule of Civil Procedure 55(b)(1).  Because all the federal claims had already been dismissed, the Court declined to exercise supplemental jurisdiction over plaintiffs' state law claims against defendants, including defendant Darling, pursuant to 28 U.S.C. § 1367(c)(3) and dismissed those claims without prejudice on May 6, 2011.  See Docket No. 371.  Judgment entered on May 13, 2011.  See Docket No. 372.  This case is closed, and the Court no longer has jurisdiction over plaintiffs' claims against defendant Darling.  Consequently, it is

    **ORDERED** that plaintiffs' motion for default judgment [Docket No. 374] is DENIED.

DATED May 27, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge